IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NELSON SCOTT,

    Plaintiff,

vs.

JOSE VASQUEZ, Warden; Dr. CHIPPI; MEDICAL ADMINISTRATION SUPERVISOR, FCI-Jesup; HARLEY LAPPIN, BOP Director; BOP, and FCI-JESUP,

    Defendants.

CIVIL ACTION NO.: CV206-203

## ORDER

Plaintiff, an inmate currently incarcerated at the Federal Medical Center in Butner, North Carolina, sought to file *in forma pauperis* an action pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971). Because the Plaintiff did not appear to be indigent, the Court denied Plaintiff leave to proceed *in forma pauperis* by Order dated October 2, 2006. That Order allowed Plaintiff a period of twenty days to pay the required filing fee to proceed with this case and advised Plaintiff that his failure to do so would result in the dismissal of this case without prejudice. Plaintiff moved the Court for an extension of time to pay the filing fee, and Plaintiff was given until November 24, 2006 to comply. In lieu of paying the filing fee, Plaintiff, on December 21, 2006, filed another Motion to proceed *in forma pauperis*. As Plaintiff has failed to comply with the Court's October 2, 2006 Order, this case is **DISMISSED,** without prejudice.

**SO ORDERED**, this \_\_11\_\_ day of \_\_Jan._____, 2007.

                                          JUDGE, UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)