AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NELSON SCOTT

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-203

JOSE VASQUEZ, Warden; Dr. CHIPPI;
MEDICAL ADMINISTRATION SUPERVISOR,
FCI-Jesup; HARLEY LAPPIN, BOP Director; BOP,
and FCI-JESUP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered January 11, 2007, that claims of plaintiff, NELSON SCOTT against defendants, JOSE VASQUEZ, Warden, Dr. CHIPPI; MEDICAL ADMINISTRATION SUPERVISOR, FCI-Jesup; HARLEY LAPPIN, BOP Director; BOP, and FCI-JESUP are dismissed without prejudice.

| 1/12/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03